In re   Future La-Shanda Glenn                                                    Case No.  RS03-24277MJ
                                   Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| 1 checking and 1 savings account Orange County Credit Union | C.C.P. § 704.070(b)(2) | 10.00 | 10.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household furnishings, electronics, etc. | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Personal clothing | C.C.P. § 704.020 | 250.00 | 250.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous jewelry | C.C.P. § 704.040 | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| ERISA-qualified pension plan (not property of the estate) through Debtor's spouse's union. Debtor has no access to these funds until he reaches retirement age. | C.C.P. § 704.115(a)(1) & (2), (b) | 0.00 | 0.00 |
| ERISA-qualified pension plan (not property of the estate) through Debtor's employer. | C.C.P. § 704.115(a)(1) & (2), (b) | 3,000.00 | 3,000.00 |
| Deferred compensation plan through Debtor's employer | C.C.P. § 704.115(a)(1) & (2), (b) | 600.00 | 600.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy