In re    Future La-Shanda Glenn                                                   Case No.   RS03-24277MJ
                                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 505200103  Citi Mortgage Services  Attn: Bankruptcy Department  P.O. Box 7520  Cross Lane, WV 25313 | X | - | 1998  Mortgage  Primary residence located at:  6082 Applecross Drive  Riverside, CA 92507  The fair market value is based upon comparable sales in the neighborhood. Mortgage is due on the 1st and late on  Value $  250,000.00 | | | | 134,000.00 | 0.00 |
| Account No.  Representing:  Citi Mortgage Services | | | Five Star  2710 Winoona Avenue  Burbank, CA 91504  Value $ | | | | | |
| Account No. 1150023905-01  Drive Time  8341 Indiana Avenue  Riverside, CA 92504 | | - | 2003  Auto Loan  1997 Jeep Grand Cherokee  Encumbered. To be retained.  Value $  12,500.00 | | | | 12,500.00 | 0.00 |
| Account No. 400000142543970001  Triad Financial Corp.  5505 N. Cumberland Ave.  Hardwood Heights, IL 60656 | X | - | 2002  Auto Loan  2003 Toyota Corolla  Encumbered. To be retained.  Value $  20,000.00 | | | | 20,000.00 | 0.00 |

_0_ continuation sheets attached

Subtotal
(Total of this page)  166,500.00

Total  166,500.00
(Report on Summary of Schedules)