In re     **Future La-Shanda Glenn**            Case No. __RS03-24277MJ__
                                     Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| Married | NAMES<br>Faniah<br>James | | AGE<br>2 years<br>3 years | RELATIONSHIP<br>Daughter<br>Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Driver | Night Crew |
| Name of Employer | Orange County Transportation Authority | Albertson's |
| How long employed | 2 years | 14 years |
| Address of Employer | 550 South Main Street<br>P.O. Box 14184<br>Orange, CA 92863-1584 | 450 East Cypress<br>Redlands, CA |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,599.53 | $ 4,299.01 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,599.53 | $ 4,299.01 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 345.21 | $ 1,272.18 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 48.32 |
| d. Other (Specify) Mandatory Retirement | $ 232.31 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 577.52 | $ 1,320.50 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,022.01 | $ 2,978.51 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,022.01 | $ 2,978.51 |

TOTAL COMBINED MONTHLY INCOME    $ __6,000.52__      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: Unknown.
       See proof of income attached hereto.



Debtor is paid every 2 weeks

$1661.32 × 26 ÷ 12 = $3599.53 gross
107.22 × 26 ÷ 12 = (232.31) Mand. Ret.
159.33 × 26 ÷ 12 = (345.21) taxes

$3022.01 NET

## Albertsons Pay Stub

**JAMES GLENN**
EMPLOYEE NO. 1478604
SOCIAL SECURITY NO. 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
PAY PERIOD 9/15/2003 - 9/21/2003

STORE NO. 6519
PAY RATE 17.9000
MARITAL STATUS S
ISSUE DATE 9/23/2003

TAX DATA: Federal / State (CA)
ALLOWANCES 1 / 1
ADDL. AMT
CONTROL NO. 6052246

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| REG. PAY AT LOC. 6519, JCI 26 | 47.70 | 17.9000 | 853.83 |
| OVERTIME | 12.60 | 8.9500 | 112.77 |
| NIGHT PREMIUM | 8.00 | .5000 | 4.00 |
| EXTRA NIGHT PREMIUM | 26.10 | .7500 | 19.58 |
| DERIVED OVERTIME ADJUST | 7.70 | .2471 | 1.90 |

**TOTAL EARNINGS: 992.08**

### TAXES

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| OASDI | 61.51 | 2,156.50 |
| MEDICARE | 14.38 | 504.34 |
| FEDERAL | 159.45 | 5,061.05 |
| STATE CA | 49.81 | 1,414.74 |
| SDI | 8.93 | 318.06 |

**TOTAL TAXES: 293.58 / 9,449.69**

### DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| UNION DUES - CURRENT WKLY | 10.90 | 414.20 |
| UNITED WAY - WEEKLY OR ONE TIM | .25 | 9.50 |
| UNION DUES - BACKDUES WKLY | | 33.39 |

**TOTAL DEDUCTIONS: 11.15 / 457.09**

**YEAR-TO-DATE GROSS WAGES: 34,782.19**

**NET PAY: 687.35**

MESSAGE BOARD
General Offices P.O. Box 20
Boise, Idaho 83726

---

Debtors Spouse is paid weekly.

992.08 × 52 ÷ 12 = $4299.01
293.58 × 52 ÷ 12 = ($1272.18) tax
11.15 × 52 ÷ 12 = (48.31) union

$2978.51 NET