In re   Future La-Shanda Glenn                                              Case No.   RS03-24277MJ
                                    Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,488.00 |
| Are real estate taxes included?    Yes  X    No___ | |
| Is property insurance included?    Yes  X    No___ | |
| Utilities:  Electricity and heating fuel | $ 250.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 40.00 |
| Other   Cable (59) Natural Gas (80) Cell Phone (60) | $ 199.00 |
| Home maintenance (repairs and upkeep) | $ 40.00 |
| Food | $ 800.00 |
| Clothing | $ 200.00 |
| Laundry and dry cleaning | $ 75.00 |
| Medical and dental expenses | $ 60.00 |
| Transportation (not including car payments) | $ 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 25.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 189.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 496.00 |
| Other   Second Car Payment | $ 436.00 |
| Other | $ 0.00 |
| Other   Daycare | $ 150.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other   Contingency/Emergency | $ 75.00 |
| Other | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 5,023.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 6,000.52 |
| B. Total projected monthly expenses | $ 5,023.00 |
| C. Excess income (A minus B) | $ 977.52 |
| D. Total amount to be paid into plan each   Monthly | $ 977.00 |
|     (interval) | |