**ORIGINAL**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

X10

Filer's Name: Price Law Group, APC
Street Address: 15760 Ventura Blvd.
Encino, CA 91436
Filer's Telephone No.: (818) 995-4540

Atty Name (if applicable): Connie L. Martin
CA Bar No. (if applicable): 183343
Atty Fax No. (if applicable): (818) 995-9277

In re: FUTURE GLENN

Case No. RS03-24277 MJ

Chapter 7 ___, 11 ___, 13 X___

## AMENDED SCHEDULE(S)

A filing fee of $20.00 is required to amend any or all of Schedules "D" through "F." An addendem mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ___    No X___

Indicate below which schedule(s) is(are) being amended.

A, ___ B, ___ C, ___ D, ___ E, ___ F, ___ G, ___ H, ___ I, ___ J, ___

Statement of Financial Affairs ___    Statement of Intention ___    Other X___

VOLUNTARY PETITION, MAILING MATRIX

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Connie L. Martin _____, the person(s) who subscribed to the foregoing Amended Schedule(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: October 3, 2003

_[signature]_
Connie L. Martin

_____
Co-Debtor Signature

** FOR COURT USE ONLY **

10/03/2003    **FILED**    12:41
**RS03-24277MJ**
DEBTOR:
  GLENN, FUTURE L
JUDGE: HON. M. Jury - 582
TRUSTEE: DANR
CHAPTER: 13

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 026
RECEIPT NO: RS-023203    $ 20.00

** SEE REVERSE SIDE **

B-1008 Revised 2/99

## PROOF OF SERVICE

I, hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: October 3, 2003

Laura Franklin
Print or Type Name

_____
Signature

(SEE ATTACHED MAILING LIST.)

Rod Danielson
3435 14th Street, #100
Riverside, CA  92501

B-1008 Revised 2/99