# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE-FILING

**DEBTOR(S) INFORMATION:**
GLENN, FUTURE LA-SHANDA
**SSN:** XXX-XX-0980
**EIN:** N/A
AKA  BAYSMORE
6082 APPLECROSS DR
RIVERSIDE, CA 92507

**BANKRUPTCY NO.** RS03-24277-MJ

**CHAPTER** 13

You are notified that an order was entered **DISMISSING** the above-captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: February 18, 2004

For The Court,

**JON D. CERETTO**
Clerk of Court

(Form rev. 11/97)  VAN-18  57 /AGU

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

k-24277-MJ   Doc 62-1   Filed 02/18/04   Entered 02/18/04 00:00:00   Desc
Main Document   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0973-6           User: AGU                  Page 1 of 1              Date Rcvd: Feb 18, 2004
Case: 03-24277-MJ              Form ID: VAN-18            Total Served: 26
```

The following entities were served by first class mail on Feb 20, 2004.
```
D        GLENN, FUTURE LA-SHANDA,   6082 APPLECROSS DR,   RIVERSIDE, CA 92507
T        ROD DANIELSON,   3435 14TH STREET SUITE 100,   RIVERSIDE, CA 92501
1        EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
           SACRAMENTO, CA 94280-0001
2        INTERNAL REVENUE SERVICE,   INSOLVENCY GROUP 1,   290 NORTH "D" STREET,
           SAN BERNARDINO, CA 92401-1734
3        UNITED STATES TRUSTEE,   3685 MAIN STREET, SUITE 300,   RIVERSIDE, CA 92501
4        FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX  2952,   SACRAMENTO, CA 95812-2952
5        STAR SERVICES,   2710 WINOONA,   BURBANK, CA 91504
6        CAPITAL ONE,   P O BOX 85167,   RICHMOND, VA 23285-5167
7        CITI MORTGAGE SERVICES,   ATTN: BANKRUPTCY DEPT,   PO BOX 7520,   CHARLESTON, WV 25313
8        CROSS COUNTRY BANK,   P O BOX 15414,   WILMINGTON, DE 19850-5414
9        DRIVE TIME,   8341 INDIANA AVE,   RIVERSIDE, CA 92504
10       FIVE STAR,   2710 WINOONA AVE,   BURBANK, CA 91504
11       PROVIDIAN,   P O BOX 660490,   DALLAS, TX 75266-9575
12       SALLIE MAE,   P O BOX 78844,   PHOENIX, AZ 85062
13       SEARS,   ATTN: BANKRUPTCY DEPT,   P O BOX 5000,   RANCHO CUCAMONG, CA 91729
14       TRIAD FINANCIAL CORP,   5505 N CUMBERLAND AVE,   HARDWOOD HEIGHT, IL 60656
15       UNITED ACCEPTANCE CORP,   P O BOX 6186,   INDIANAPOLIS, IN 46206-6186
16       DEPARTMENT OF THE TREASURY-IRS,   290 N "D" STREET,   STOP SPB-BK,   SAN BERNARDINO, CA 92401
18       CITIMORTGAGE INC,   C/O SEVERSON & WERSON,   19100 VON KARMEN, SUITE 700,   IRVINE, CA 92612-3039
19       CITIMORTGAGE, INC.,   P O BOX 9481,   GAITHERSBURG, MD 20898
20       SEARS ROEBUCK AND CO,   PO BOX 3671,   DES MOINES, IA 50322
21       TRIAD FINANCIAL CORP,   DEPT CH 10104,   PALATINE, IL 60055-0104
22       UNION ACCEPTANCE CORPORATION,   J. Ward Holliday & Associates,   501 Elm Street #400 LB13,
           DALLAS, TX 75202
23       UNION ACCEPTANCE CORP,   C/O SYSTEMS & SERVICES TECHNOLOGIE,   4315 PICKETT RD (BK DEPT),
           SAINT JOSEPH, MO 64503
24       DRIVE TIME ACCEPTANCE CORP,   1030 NORTH COLORADO STREET,   GILBERT, AZ 85233-9983
```

The following entities were served by electronic transmission on Feb 19, 2004 and receipt of the transmission was confirmed on:
```
DA       E-mail: notice@priceamerica.com Feb 19 2004 01:00:37     CONNIE MARTIN,
           15760 VENTURA BLVD SUITE 1100,   ENCINO, CA 91436
                                                                                           TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2004**                    **Signature:** _Joseph Speetjens_